Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

<div style="text-align:center">

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

</div>

| | |
|---|---|
| In Re:<br><br>Mitchell, Angelina Audrey<br><br><div style="text-align:center">Debtor.</div> | Case No. 21-00086-JMM<br>Chapter 7<br><br>**MINUTES OF 341(a) MEETING OF CREDITORS** |

Date of Meeting: 03/25/2021, 09:00 AM

Location of Meeting: Boise, Idaho

Recorder Track No.: 11

1. Debtor was sworn and examined.

2. Debtor's attorney was present.

3. Debtor's identification was verified.

4. Debtor's social security number was verified.

5. The following creditors appeared at the meeting: None.

6. The meeting was continued to April 22, 2021 at 1:00 PM, MST.

Date: April 1, 2021          /s/ Timothy R. Kurtz
                             Chapter 7 Bankruptcy Trustee