Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | Case No. 21-00086-JMM |
| --- | --- |
| Mitchell, Angelina Audrey | Chapter 7 |
| Debtor. | **MINUTES OF 341(a) MEETING OF CREDITORS** |

Date of Meeting: 04/22/2021, 01:00 PM

Location of Meeting: Boise, Idaho

Recorder Track No.: 38

1. Debtor was sworn and examined.

2. Debtor's attorney was present.

3. Debtor's identification was verified.

4. Debtor's social security number was verified.

5. The following creditors appeared at the meeting: None.

6. The meeting was concluded.

Date: April 27, 2021

/s/ Timothy R. Kurtz
Chapter 7 Bankruptcy Trustee