Timothy R. Kurtz
Chapter 7 Bankruptcy Trustee
P.O. Box 956
Boise, ID 83701
Telephone: (208) 287-8125
Facsimile: (208) 287-8130

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | |
|---|---|
| MITCHELL, ANGELINA AUDREY | Case No. 21-00086-JMM<br>Chapter 7 |
| Debtor. | |

**APPLICATION FOR AN ORDER APPROVING EMPLOYMENT
OF PROFESSIONAL REALTOR**

**NOTICE OF MOTION TO APPROVE APPLICATION FOR AN ORDER APPROVING EMPLOYMENT OF PROFESSIONAL REALTOR AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **21** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW the trustee, pursuant to 11 U.S.C. §§ 327 and makes application to the Court to approve the employment of the below identified Realtor on the following terms and conditions:

1. <u>Name and address of Realtor:</u> Riley Wilcox, Guardian Group Real Estate, 1803 N. 28th Street, Boise, ID 83703.

2. <u>Compensation:</u> Commission fee of 6% on the gross amount of money received on sale of property sold to buyer produced by realtor or, if property is sold at auction to a higher

APPLICATION FOR AN ORDER APPROVING EMPLOYMENT OF REALTOR - 1      21-00086

bidder, a commission based on the gross sales price at auction. Trustee has conveyed, and Realtor has acknowledged by verbal acceptance of this employment, and by filing with the court a Verified Statement of disinterest, that any and all compensation is subject to review and or reduction by the Bankruptcy Court.

3. <u>Connection to Parties in Interest:</u>  To the best of the Trustee's knowledge, Realtor is a disinterested person, and does not hold an interest adverse to the bankruptcy estate with respect to the matter for which Realtor is to be employed. In addition, to the best of the Trustee's knowledge, Realtor does not have any connections with the Debtors, with a creditor of the bankruptcy estate, any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee in relation to this bankruptcy proceeding.

4. <u>Disinterested Person:</u>  Trustee believes that Realtor, and its associates, do not hold or represent any interest adverse to that of the Trustee or the Debtors' estate and that said Realtor is a disinterested person within the meaning of 11 U.S.C. §101(14).

5. <u>Necessity of Employment:</u> Trustee is not a licensed real estate agent, and does not have the necessary knowledge or expertise to accurately and efficiently evaluate and market the subject real property.

6. <u>Reason for selection of Realtor:</u>  The Trustee has determined that Realtor has the expertise and skill to evaluate, market, and negotiate the sale of the subject real property.

7. <u>Services to be rendered:</u> Trustee seeks to employ Realtor to evaluate, market and sell the subject real property. Realtor shall represent the Trustee on a single agency basis.

8. <u>Qualification of Realtor:</u>

    Years of experience: 5

    Number of Sales in the last 12 months: 7

    Gross amount of sales in the last 12 months: $2,293,480.00

9. <u>Objections:</u> Objections to this Application must be filed with the US Bankruptcy Court, 550 W. Fort Street, MSC 042, Boise, Idaho, 83724, and a copy served upon the Trustee, PO Box 956, Boise, Idaho 83701, not later than 21 days from the mailing of this notice.

DATED: May 4, 2021                            /s/ Timothy R. Kurtz
                                              Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing Application for an Order Approving Employment of Professional Realtor with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by first class mail, postage prepaid the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

**U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

**JON R. WILSON**
jon@boiselaw.org

Served via U.S. Mail:

Angelina Audrey Mitchell
2462 N Locust Grove Rd
Meridian, ID 83646

Riley Wilcox
Guardian Group Real Estate
1803 N. 28th Street
Boise, ID  83703

/s/ Timothy R. Kurtz
Timothy R. Kurtz
*Date: May 4, 2021*

### Accommodation Filing

This document is being filed by the Chapter 7 Trustee as an accommodation to the Professional, who is not registered to file electronically with the United States Bankruptcy Court for the District of Idaho. The signed original of this document will be maintained at the Trustee's office until this case is closed.