Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Mitchell, Angelina Audrey<br><br>      Debtors. | Case No. 21-00086-JMM<br>Chapter 7 |

### MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS

Chapter 7 Trustee, Timothy R. Kurtz ("Trustee") hereby moves this Court, pursuant to Federal Rule of Bankruptcy Procedure 4003(b) for additional time to object to the exemptions filed by Debtor Angelina Audrey Mitchell ("Debtor"). Trustee respectfully represents the following in support of this motion:

1. On February 18, 2021, Angelina Audrey Mitchell (the "Debtor") filed her Chapter 7 bankruptcy case. Dkt. No. 1.

2. Trustee was appointed to administer the assets of Debtor's bankruptcy estate.

3. Debtor appeared at the second § 341(a) meeting on April 22, 2021. The meeting was concluded on that date.

4. Debtor amended her schedules on May 25, 2021. Dkt. No. 21. The deadline for objecting to Debtor's exemptions was therefore extended to June 24, 2021.

5. Trustee has been investigating the financial affairs of Debtor and has determined that additional investigation and analysis is needed with respect to the homestead declaration filed by Debtor prepetition, and as amended, among other issues related to Debtor's claimed exemptions.

**MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS - 1**

6. Pursuant to Federal rule of Civil Procedure 4003(b), trustee submits that adequate cause is present in this case to extend the deadline to object to Debtor's exemptions thirty (30) days from the date of this Motion.

WHEREFORE, Trustee respectfully requests that the Court enter an order extending the deadline to file an objection to Debtor's claimed exemptions to and including July 21, 2021.

Date: June 21, 2021                    /s/  Timothy R. Kurtz
                                       Chapter 7 Trustee

**MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS - 2**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2021, I electronically filed the foregoing Motion to Reopen with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

JON R. WILSON
4614 Emerald St
Boise, ID 83706
*Served by U.S. MAIL*

Angelina Audrey Mitchell
2462 N Locust Grove Rd
Meridian, ID 83646

                                                /s/ Timothy R. Kurtz
                                                Chapter 7 Bankruptcy Trustee
                                                Date: June 21, 2021

**MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS - 3**