## *mr.* cooper

CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 186060
5801 Postal Road
Cleveland, OH 44181

**STATEMENT DATE**
03/18/2021

**PAYMENT DUE DATE**
04/01/2021

**LOAN NUMBER**
Redacted

**AMOUNT DUE**
## $21,817.77

**PROPERTY ADDRESS**
7933 WEST SONARA ROAD
CALDWELL, ID 83607

*If payment is received on or after 04/17/2021, a $0.00 late fee will be charged.*

TIMOTHY E. RYAN
MISHA VELOZ
7933 WEST SONORA ROAD
CALDWELL, ID 83607

### QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: 888-480-2432
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com

YOUR Dedicated Loan Specialist is:
Pamela Horton
AND CAN BE REACHED AT:
(866)-316-2432
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

*Go Paperless.*
Sign in to your account to activate.

### ACCOUNT OVERVIEW

| | | |
|---|---|---|
| INTEREST BEARING PRINCIPAL BALANCE | INTEREST RATE | |
| $269,439.41 | 3.750% | |
| | ESCROW BALANCE | |
| | -$4,003.75 | |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*



PRINCIPAL
$417.29

REGULAR
MONTHLY PAYMENT
**$1,681.89**

INTEREST
$842

ESCROW
TAXES
& INSURANCE
$422.6

### PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 02/19/2021 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| TOTAL | $0.00 | $0.00 |

### EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| REGULAR MONTHLY PAYMENT | $1,681.89 |
| TOTAL FEES & CHARGES | $0.00 |
| OVERDUE PAYMENT(S) | $20,135.88 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$21,817.77** |
| TRIAL/WORKOUT PAYMENT AMOUNT | $0.00 |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

### HERE'S SOME HELPFUL INFORMATION

If you are sending additional funds to be applied towards any outstanding Fees, Lender Paid Expenses or items not listed as an "Additional" option on your payment coupon today, please include the request on a note separate from the attached coupon or payment method when sending in your payment. Please remember to review your account to ensure accuracy and give us a call if you have any questions.

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Don't like paper? Go Paperless by signing in to your account at www.mrcooper.com and updating your settings. You can also manage your account paperlessly with the Mr. Cooper app. Download it wherever you get your apps.

Want to make payments even easier? You can pay online at www.mrcooper.com, on the go with the Mr. Cooper app, or by **setting up AutoPay** in your online account or app settings.

### TRANSACTION ACTIVITY (02/19/2021 to 03/18/2021)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 02/24/2021 | FHAMIP INS DISBURSED | $173.34 | | | $173.34 | |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

✂ - - - - - - DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY - - - - - -

## *mr.* cooper

CHANGING THE FACE OF HOME LOANS    www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

TIMOTHY RYAN
MISHA VELOZ

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| Redacted | 04/01/2021 | $21,817.77 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 04/17/2021 | $21,817.77 |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
|---|---|

*All amounts must be paid in full before additional principal can be made.

Redacted

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement. DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid down if the amount you remit is insufficient. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who have been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn. Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA

### LATE CHARGES AND OVERDRAFT FEES
Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS
For those customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York State Superintendent of Financial Services.

You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay by phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn. Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXX(10X's equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent, Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT®** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent, Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper   Code City: MRCOOPER   State: TX
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic fund transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a scanned copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

### CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432.** Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT) (Calls may be monitored and/or recorded for quality assurance purposes).

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call 888-480-2432.

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the addresses suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783 Dallas, TX 75265-0783 | PO Box 619098 Dallas, TX 75261-9741 | Lake Vista 4 800 State Highway 121 Bypass Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 9225 Coppell, TX 75019 Fax (817) 826-1861 | PO Box 619094 Dallas, TX 75261-9741 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS: Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower; and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.



---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:     ☐ MAILING ADDRESS          ☐ TELEPHONE NUMBER     LOAN # _____

| Borrower's Name: _____ | Co-Borrower's Name: _____ |
|---|---|
| Borrower's New Address: _____ | Co-Borrower's New Address: _____ |

Authorized Borrower's Number(s):
Home: ( ____ ) _____     Mobile: Yes  No
Work: ( ____ ) _____ Ext: ____     Mobile: Yes  No
Other: ( ____ ) _____     Mobile: Yes  No
Signature Required: _____

Authorized Co-Borrower's Number(s):
Home: ( ____ ) _____     Mobile: Yes  No
Work: ( ____ ) _____ Ext ____     Mobile: Yes  No
Other: ( ____ ) _____     Mobile: Yes  No
Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

*mr.*
# cooper
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 619060
8501 Postal Road
Cleveland, OH 44181

CHANGING THE FACE OF HOME LOANS

**YOUR INFO**

**CUSTOMER SERVICE**
888-480-2432
Mon-Thu    7 a.m. to 8 p.m. (CT)
Fri         7 a.m. to 7 p.m. (CT)
Sat         8 a.m. to 12 p.m. (CT)

**ONLINE**
**www.mrcooper.com**

**YOUR INFO**
LOAN NUMBER
Redacted

**PROPERTY ADDRESS**
**7933 WEST SONARA ROAD
CALDWELL, ID 83607**

TIMOTHY E. RYAN
MISHA VELOZ
7933 WEST SONORA ROAD
CALDWELL, ID 83607

Dear Timothy Ryan and Misha Veloz,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

*Why am I receiving this letter?*
As of 03/18/2021, you are 352 days delinquent on your mortgage loan. Your mortgage payment is currently past due for 04/01/2020 and your last full contractual payment was received on 03/16/2020. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE 10/01/2020 Unpaid balance of $1,677.99
PAYMENT DUE 11/01/2020 Unpaid balance of $1,677.99
PAYMENT DUE 12/01/2020 Unpaid balance of $1,677.99

PAYMENT DUE 01/01/2021 Unpaid balance of $1,677.99
PAYMENT DUE 02/01/2021 Unpaid balance of $1,677.99
PAYMENT DUE 03/01/2021 Unpaid balance of $1,677.99

**CURRENT CONTRACTUAL PAYMENT DUE 04/01/2021: $1,681.89
AS OF 03/18/2021 THE TOTAL AMOUNT DUE IS $21,817.77.** *You must pay this amount to bring your loan current.*

*Please call us to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

*What do I need to know?*
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

*What do I need to do?*
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Pamela Horton and can be reached at (866) 316-2432 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Thursday 7 am to 8 pm (CT), Friday 7 am to 7 pm (CT) and Saturday 8 am to 12 pm (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,
The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr.
Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the
loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an
attempt to collect a debt from you personally.



| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval Redacted Exp 3/31/2021 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA; however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

# mr. cooper

CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 619060
5801 Postal Road
Cleveland, OH 44181

**MORTGAGE STATEMENT**

STATEMENT DATE
02/18/2021

LOAN NUMBER
Redacted

PROPERTY ADDRESS
7933 WEST SONORA ROAD
CALDWELL, ID 83607

PAYMENT DUE DATE
**04/01/2021**

AMOUNT DUE
**$21,817.77**

*If payment is received on or after 04/17/2021, a $0.00 late fee will be charged.*

TIMOTHY E. RYAN
MISHA VELOZ
7933 WEST SONORA ROAD
CALDWELL, ID 83607

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: 888-480-2432
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com

YOUR Dedicated Loan Specialist is:
Pamela Horton
AND CAN BE REACHED AT:
(866)-316-2432
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

*Go Paperless.*
*Sign in to your account and reactivate.*



PRINCIPAL
$417.29

REGULAR
MONTHLY PAYMENT
**$1,681.89**

INTEREST
$842

ESCROW
TAXES
& INSURANCE
$422.6

## ACCOUNT OVERVIEW

INTEREST BEARING
PRINCIPAL BALANCE
$269,439.41

INTEREST RATE
3.750%

ESCROW BALANCE
-$4,003.75

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 02/19/2021 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| TOTAL | $0.00 | $0.00 |

## EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| REGULAR MONTHLY PAYMENT | $1,681.89 |
| TOTAL FEES & CHARGES | $0.00 |
| OVERDUE PAYMENT(S) | $20,135.88 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$21,817.77** |
| TRIAL/WORKOUT PAYMENT AMOUNT | $0.00 |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

## HERE'S SOME HELPFUL INFORMATION

If you are sending additional funds to be applied towards any outstanding Fees, Lender Paid Expenses or items not listed as an "Additional" option on your payment coupon today, please include the request on a note separate from the attached coupon or payment method when sending in your payment. Please remember to review your account to ensure accuracy and give us a call if you have any questions.

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Don't like paper? Go Paperless by signing in to your account at www.mrcooper.com and updating your settings. You can also manage your account paperlessly with the Mr. Cooper app. Download it wherever you get your apps.

Want to make payments even easier? You can pay online at www.mrcooper.com, on the go with the Mr. Cooper app, or by **setting up AutoPay** in your online account or app settings.

## TRANSACTION ACTIVITY (02/19/2021 to 03/18/2021)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 02/24/2021 | FHAMIP INS DISBURSED | $173.34 | | | $173.34 | |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

✂ - - - - DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY - - - - -

# mr. cooper

CHANGING THE FACE OF HOME LOANS    **www.mrcooper.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

TIMOTHY RYAN
MISHA VELOZ

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| Redacted | 04/01/2021    **$21,817.77** |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

| PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|
| 04/17/2021    **$21,817.77** |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH

**All amounts must be paid in full before additional principal can be made.

Redacted

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.

- Do not send cash or correspondence in this email delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a pre-determined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES
Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $60.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS
For those customers who reside in the state of New York, she or sow may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

> You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay by phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX (10X's equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All Express Payment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT[1]** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper    Code City: MRCOOPER    State: TX
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement is not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432,** Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes.]

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call 888-480-2432.

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR[*]: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783 Dallas, TX 75265-0783 | PO Box 619098 Dallas, TX 75261-9741 | Lake Vista 4 800 State Highway 121 Bypass Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 9225 Coppell, TX 75019 Fax (817) 826-1861 | PO Box 619094 Dallas, TX 75261-9741 |

**"PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:  ☐ MAILING ADDRESS     ☐ TELEPHONE NUMBER     LOAN # _____

Borrower's Name: _____     Co-Borrower's Name: _____

Borrower's New Address: _____     Co-Borrower's New Address: _____

Authorized Borrower's Number(s):
Home: ( ___ ) _____     Mobile:  Yes  No
Work: ( ___ ) _____ Ext: ____     Mobile:  Yes  No
Other: ( ___ ) _____     Mobile:  Yes  No

Authorized Co-Borrower's Number(s):
Home: ( ___ ) _____     Mobile:  Yes  No
Work: ( ___ ) _____ Ext: ____     Mobile:  Yes  No
Other: ( ___ ) _____     Mobile:  Yes  No

Signature Required: _____     Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.



**mr. cooper**°
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 619060
5801 Postal Road
Cleveland, OH 44181

**CUSTOMER SERVICE**
**888-480-2432**
Mon-Thu     7 a.m. to 8 p.m. (CT)
Fri         7 a.m. to 7 p.m. (CT)
Sat         8 a.m. to 12 p.m. (CT)

**ONLINE**
**www.mrcooper.com**

**YOUR INFO**
**LOAN NUMBER**
Redacted

**PROPERTY ADDRESS**
**7933 WEST SONARA ROAD**
**CALDWELL, ID 83607**

TIMOTHY E. RYAN
MISHA VELOZ
7933 WEST SONORA ROAD
CALDWELL, ID 83607

Dear Timothy Ryan and Misha Veloz,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

***Why am I receiving this letter?***
As of 03/18/2021, you are 352 days delinquent on your mortgage loan. Your mortgage payment is currently past due for 04/01/2020 and your last full contractual payment was received on 03/16/2020. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE 10/01/2020 Unpaid balance of $1,677.99
PAYMENT DUE 11/01/2020 Unpaid balance of $1,677.99
PAYMENT DUE 12/01/2020 Unpaid balance of $1,677.99
PAYMENT DUE 01/01/2021 Unpaid balance of $1,677.99
PAYMENT DUE 02/01/2021 Unpaid balance of $1,677.99
PAYMENT DUE 03/01/2021 Unpaid balance of $1,677.99

**CURRENT CONTRACTUAL PAYMENT DUE 04/01/2021: $1,681.89**
**AS OF 03/18/2021 THE TOTAL AMOUNT DUE IS $21,817.77.** *You must pay this amount to bring your loan current.*

*Please call us to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

***What do I need to know?***
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:
- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

***What do I need to do?***
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Pamela Horton and can be reached at (866) 316-2432 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Thursday 7 am to 8 pm (CT), Friday 7 am to 7 pm (CT) and Saturday 8 am to 12 pm (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,
The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval Redacted Exp 3/31/2021 |
| --- | --- | --- |

### Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA; however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

# GEM COUNTY TAX STATEMENT

**MEGAN KEENE**
**GEM COUNTY TAX COLLECTOR**
415 E MAIN ST, STE 260
EMMETT, ID 83617
208-365-3272

| | |
|---|---|
| Tax Year | 2020 |
| AIN: | RP00396433 |
| PIN: | RPC60750000020 |
| Code-Area: | 013-0000 |

| | |
|---|---|
| Bill Number: | 109062 |
| Billing Date: | 11/05/2020 |
| Balance good until: | 12/21/2020 |
| Last Payment: | |

Bond Information: www.gemcounty.org

Parcel Description: 06N 03W Sec 36 High Vista Estates Sub Lot 02

AUTO
[barcode]
VELOZ MISHA
7933 W SONARA RD
CALDWELL ID 83607-5315

Location: 7933 W SONARA RD
Acres: 6.2730
Mortgage: CORELOGIC

******************* IMPORTANT *******************
PLEASE READ BOTH BACK AND FRONT

PAYMENTS RECEIVED WITH A DELINQUENCY WILL BE APPLIED TO THE
OLDEST DELINQUENT TAX YEAR. TO AVOID LATE CHARGES, PAYMENTS
MUST BE RECEIVED OR POSTMARKED BY THE DUE DATE.

| Values | Amount | Exemptions and Credits | Amount | Exemptions and Credits | Amount |
|---|---|---|---|---|---|
| Land Value | 123,821 | Homeowners Exemption | 100,000 | | |
| Improvement Value | 287,294 | | | | |
| | | | | Total Taxable | 311,115 |

| Taxing District | Phone | Rate | Total | Spec. Assessments | Phone | Rate | Total |
|---|---|---|---|---|---|---|---|
| Gem County | 208-365-4561 | 0.0038207890 | $1,188.70 | Landfill Residential | | 0 | 85.00 |
| School #221 | 208-365-6301 | 0.0000211730 | $6.59 | | | | |
| School #221 Supplemental | 208-365-6301 | 0.0010204700 | $317.48 | | | | |
| Middleton Fire | 208-229-9447 | 0.0013404510 | $417.03 | | | | |
| | | | | Urban Renewal | Phone | Rate | Total |

| Bill Summary | Prior Year | Current | Delinquent | Interest | Late Fee | Fees | Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| | 1,014.43 | 2,014.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,014.80 |

If the message "Sent to Mortgage Company" appears below, a lender has requested and received a copy of this statement.

If personal payment is to be made—the following options are available—payments may be made by cash or check, debit/credit card (2.5% fee) and E-Check
($1.00 fee). You may come into the office, pay by telephone or go to www.gemcounty.org  Please call our office with any questions at 208-365-3272.

---

**Make Check Payable to: GEM COUNTY TAX COLLECTOR**       Keep top portion for your records

| FOR PROPER CREDIT RETURN THIS STUB WITH PAYMENT<br>PERSONAL CHECKS ARE SUBJECT TO BANK CLEARANCE | | FOR PROPER CREDIT RETURN THIS STUB WITH PAYMENT<br>PERSONAL CHECKS ARE SUBJECT TO BANK CLEARANCE | |
|---|---|---|---|
| VELOZ MISHA<br>7933 W SONARA RD<br>CALDWELL ID 83607-5315 | | VELOZ MISHA<br>7933 W SONARA RD<br>CALDWELL ID 83607-5315 | |
| **Bill Number:** 2020 - 109062 | **1ST HALF** | **Bill Number:** 2020 - 109062 | **2ND HALF** |
| **PIN:** RPC60750000020<br>**AIN:** RP00396433 | $1,007.40 | **PIN:** RPC60750000020<br>**AIN:** RP00396433 | $1,007.40 |
| **GEM COUNTY** | **FULL AMOUNT** | **GEM COUNTY** | |
| | $2,014.80 | | |
| *MONTHLY PAYMENTS ARE ACCEPTED*<br>DELINQUENT IF NOT PAID BY | **December 21, 2020** | *MONTHLY PAYMENTS ARE ACCEPTED*<br>DELINQUENT IF NOT PAID BY | **June 21, 2021** |
| **Sent to Mortgage Company** | | **Sent to Mortgage Company** | |

TXNT 2020

**EMMETT SANITATION**
208-365-6103
www.idwaste.com

Emmett Sanitation Services
P.o. Box 549
Emmett, ID 83617
(208) 365-6103

| CUSTOMER NO |
| --- |
| Redacted |
| INVOICE DATE |
| 10/1/2020 |
| INVOICE NO |
| 0000518147 |

BILL TO:

Misha Veloz
7933 W Sonara Rd
Caldwell, ID 83607-5315

SERVICE ADDRESS:

7933 W Sonara Rd
Caldwell, ID 83607-5315

**IMPORTANT REMINDERS:** Help us limit exposure to Corona Virus; BAG ALL TRASH and "tie the knot" before dumping it in your waste container. Cart must be at curb for service by 6AM. Please maintain 4 feet of clearance around your cart by moving it away from cars, mailboxes, etc. Call 208-365-6103 ahead of your route to arrange overflow or bulky item service. PLEASE NOTE: Autopay processed between 1st - 5th day of month.

| SERVICE DATE | TERMS | DUE DATE | SALES REP |
|---|---|---|---|
| | Net 15 Days | 10/16/2020 | |

| | DESCRIPTION | AMOUNT |
|---|---|---|
| | | -77.78 |
| 07/24/20 | Payment - #1240444036 | |
| **001 - Misha Veloz - 7933 W Sonara Rd** | | 12.00 |
| 10/01/20 - 12/31/20 | RENTAL CHARGE - 95 GALLON CART | 62.79 |
| 10/01/20 - 12/31/20 | 95 GALLON SERVICE - RESIDENTIAL | 0.72 |
| | Idaho State Sales Tax | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS | AMOUNT DUE | $75.51 |
|---|---|---|---|---|---|---|
| 75.51 | 0.00 | 0.00 | 0.00 | 0.00 | | |

TEAR ON ABOVE PERFORATED LINE AND RETURN STUB WITH PAYMENT

| BILL TO:<br><br>7933 W Sonara Rd<br>Caldwell, ID 83607-5315 | CUSTOMER NO | INVOICE DATE | INVOICE NO | INVOICE AMOUNT |
|---|---|---|---|---|
| | 016707 | 10/1/2020 | 0000518147 | $75.51 |
| | AMOUNT PAID | | CHECK NO | |
| | | | | |

**Emmett Sanitation Services**
P.o. Box 549
Emmett, ID 83617
(208) 365-6103

| CUSTOMER NO |
|---|
| Redacted |
| **INVOICE DATE** |
| 1/1/2021 |
| **INVOICE NO** |
| 0000528443 |

BILL TO:

Misha Veloz
7933 W Sonara Rd
Caldwell, ID 83607-5315

SERVICE ADDRESS:

7933 W Sonara Rd
Caldwell, ID 83607-5315

**Thank you for your prompt payment.**
WINTER REMINDERS: Help us limit exposure to COVID-19, BAG ALL TRASH and "tie the knot" before dumping it in your waste container. Cart must be at curb for service by 6AM. Please maintain 4 feet of access to your cart by clearing away snow, ice or any other obstruction. PLEASE NOTE: Auto-pay card payments are processed between the 1st and 5th of the month. Due to fuel, environmental and system costs, customers will notice a nominal rate increase in 2021.

| SERVICE DATE | TERMS | DUE DATE | SALES REP | |
|---|---|---|---|---|
| | Net 15 Days | 01/16/2021 | | |
| | DESCRIPTION | | | AMOUNT |
| 10/01/20 | Invoice #0000518147 | | | 75.51 |
| 12/31/20 | FINANCE CHARGE | | | 2.83 |
| **001 - Misha Veloz - 7933 W Sonara Rd** | | | | |
| 01/01/21 - 03/31/21 | RENTAL CHARGE - 95 GALLON CART | | | 12.00 |
| 01/01/21 - 03/31/21 | 95 GALLON SERVICE - RESIDENTIAL | | | 64.68 |
| | Idaho State Sales Tax | | | 0.72 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS | AMOUNT DUE | $155.74 |
|---|---|---|---|---|---|---|
| 80.23 | 0.00 | 0.00 | 75.51 | 0.00 | | |

TEAR ON ABOVE PERFORATED LINE AND RETURN STUB WITH PAYMENT

| BILL TO: | CUSTOMER NO | INVOICE DATE | INVOICE NO | INVOICE AMOUNT |
|---|---|---|---|---|
| 7933 W Sonara Rd<br>Caldwell, ID 83607-5315 | Redacted | 1/1/2021 | 0000528443 | $155.74 |
| | AMOUNT PAID | | CHECK NO | |
| | | | | |

**EMMETT SANITATION**
208-365-6103
www.idwaste.com

**Emmett Sanitation Services**
P.o. Box 549
Emmett, ID 83617
(208) 365-6103

| CUSTOMER NO |
|---|
| Redacted |
| **INVOICE DATE** |
| 1/26/2021 |
| **INVOICE NO** |
| 0000531740 |

BILL TO:

Misha Veloz
7933 W Sonara Rd
Caldwell, ID 83607-5315

SERVICE ADDRESS:

7933 W Sonara Rd
Caldwell, ID 83607-5315

WINTER REMINDERS: Help us limit exposure to COVID-19, BAG ALL TRASH and "tie the knot" before dumping it in your waste container. Cart must be at curb for service by 6AM. Please maintain 4 feet of access to your cart by clearing away snow, ice or any other obstruction. PLEASE NOTE: Auto-pay card payments are processed between the 1st and 5th of the month. Due to fuel, environmental and system costs, customers will notice a nominal rate increase in 2021.

| SERVICE DATE | TERMS | DUE DATE | SALES REP |
|---|---|---|---|
| | Net 15 Days | 02/10/2021 | |
| | DESCRIPTION | | AMOUNT |

| SERVICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/01/21 | Invoice #0000528443 | 25.80 |
| 01/26/21 | Payment - #1322250768 | -133.84 |
| **001 - Misha Veloz - 7933 W Sonara Rd** | | |
| 01/26/21 | CUSTOMER COURTESY CREDIT | -25.80 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS | AMOUNT DUE | |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 |

TEAR ON ABOVE PERFORATED LINE AND RETURN STUB WITH PAYMENT

| BILL TO: | CUSTOMER NO | INVOICE DATE | INVOICE NO | INVOICE AMOUNT |
|---|---|---|---|---|
| 7933 W Sonara Rd<br>Caldwell, ID 83607-5315 | Redacted | 1/26/2021 | 0000531740 | $0.00 |
| | AMOUNT PAID | | CHECK NO | |
| | | | | |



**Emmett Sanitation Services**
P.o. Box 549
Emmett, ID 83617
(208) 365-6103

| CUSTOMER NO |
| :---: |
| Redacted |
| **INVOICE DATE** |
| 4/1/2021 |
| **INVOICE NO** |
| 0000538873 |

**BILL TO:**

Misha Veloz
7933 W Sonara Rd
Caldwell, ID 83607-5315

**SERVICE ADDRESS:**

7933 W Sonara Rd
Caldwell, ID 83607-5315

REMINDERS: Cart must be at curb for service by 6AM. BAG ALL TRASH and "tie the knot" before dumping it in your waste container. Please maintain 4 feet of access to your cart by moving it away from mailboxes, fences, vehicles or any other obstruction. Have a stinky cart? Call Emmett Sanitation at 365-6103 to discuss our cart sanitizing program! PLEASE NOTE: Auto-pay card payments are processed on the 1st day of each quarterly billing (every three months).

| SERVICE DATE | TERMS | DUE DATE | SALES REP |
|---|---|---|---|
| | Net 15 Days | 04/16/2021 | HOUSE |
| | DESCRIPTION | | AMOUNT |

**001 - Misha Veloz - 7933 W Sonara Rd**

| | | |
|---|---|---|
| 04/01/21 - 06/30/21 | RENTAL CHARGE - 95 GALLON CART | 12.00 |
| 04/01/21 - 06/30/21 | 95 GALLON SERVICE - RESIDENTIAL | 64.68 |
| | Idaho State Sales Tax | 0.72 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS | AMOUNT DUE | $77.40 |
|---|---|---|---|---|---|---|
| 77.40 | 0.00 | 0.00 | 0.00 | 0.00 | | |

### TEAR ON ABOVE PERFORATED LINE AND RETURN STUB WITH PAYMENT

| BILL TO:<br><br>7933 W Sonara Rd<br>Caldwell, ID 83607-5315 | CUSTOMER NO | INVOICE DATE | INVOICE NO | INVOICE AMOUNT |
|---|---|---|---|---|
| | Redacted | 4/1/2021 | 0000538873 | $77.40 |
| | AMOUNT PAID | | CHECK NO | |
| | | | | |

# Ed Staub & Sons
Energy. Community. Service.

## STATEMENT

| Redacted | 12/15/20 |
|---|---|
| **Amount Due:** | **$0.00** |

**PHONE: (208) 461-4556**

VISIT WWW.EDSTAUB.COM TO PAY ONLINE

TIMOTHY E RYAN-PPP
7933 W SONARA RD
CALDWELL, ID 83607

**Remit To:**
**ED STAUB & SONS PETROLEUM**
**PO BOX 488**
**KLAMATH FALLS, OR 97601**

Please Return This Portion With Your Payment

| Description | Date | Due By | Amount | Remaining |
|---|---|---|---|---|
| Budget Payment | 7/1/20 | 7/10/20 | $30.00 | $0.00 |
| Budget Payment | 8/1/20 | 8/10/20 | $30.00 | $0.00 |
| Budget Payment | 9/1/20 | 9/10/20 | $30.00 | $0.00 |
| Budget Payment | 10/1/20 | 10/10/20 | $30.00 | $0.00 |
| Budget Payment | 11/1/20 | 11/10/20 | $30.00 | $0.00 |
| Budget Payment | 12/1/20 | 12/10/20 | $30.00 | $0.00 |
| Budget Payment | 1/1/21 | 1/10/21 | $30.00 | $0.00 |
| *Upcoming Budget Payment* | 2/1/21 | 2/10/21 | $30.00 | Not Due |

Due On Budget: $0.00

Paid On Budget: ($250.00)

| Date | Invoice # | Description | Total |
|---|---|---|---|
| 5/31/20 | 6522 | Rollover from Previous Budget | ($417.29) |
| 7/1/20 | 2779497 | Tank Rental Fee for Tank #19955 - W00072756~1000~PDOM~KF | $106.00 |
| 7/1/20 | 2860034 | Discount & Misc Adj. | ($12.09) |
| 11/16/20 | 3738704 | Delivery: 242.800000 gals. PROPANE LP at 7933 W SONARA RD | $458.89 |

Budget Usage: $135.51

| | |
|---|---|
| Paid on Budget | ($250.00) |
| Budget Usage | $135.51 |
| Running Budget Balance | ($114.49) |

**Total Amount Due:**    **$0.00**

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**PAST DUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1.5% PER MONTH (18% APR)**

105454

# Ed Staub & Sons
## Energy. Community. Service.

**STATEMENT**

| Redacted | 01/15/21 |
|---|---|
| **Amount Due:** | **$0.00** |

**PHONE: (208) 461-4556**

VISIT WWW.EDSTAUB.COM TO PAY ONLINE

TIMOTHY E RYAN-PPP
7933 W SONARA RD
CALDWELL, ID 83607

Remit To:
**ED STAUB & SONS PETROLEUM**
**PO BOX 488**
**KLAMATH FALLS, OR 97601**

Please Return This Portion With Your Payment

| Description | Date | Due By | Amount | Remaining |
|---|---|---|---|---|
| Budget Payment | 7/1/20 | 7/10/20 | $30.00 | $0.00 |
| Budget Payment | 8/1/20 | 8/10/20 | $30.00 | $0.00 |
| Budget Payment | 9/1/20 | 9/10/20 | $30.00 | $0.00 |
| Budget Payment | 10/1/20 | 10/10/20 | $30.00 | $0.00 |
| Budget Payment | 11/1/20 | 11/10/20 | $30.00 | $0.00 |
| Budget Payment | 12/1/20 | 12/10/20 | $30.00 | $0.00 |
| Budget Payment | 1/1/21 | 1/10/21 | $30.00 | $0.00 |
| Budget Payment | 2/1/21 | 2/10/21 | $30.00 | $0.00 |
| *Upcoming Budget Payment* | 3/1/21 | 3/10/21 | $30.00 | Not Due |

Paid On Budget:          ($310.00)                          Due On Budget:          $0.00

| Date | Invoice # | Description | Total |
|---|---|---|---|
| 5/31/20 | 6522 | Rollover from Previous Budget | ($417.29) |
| 7/1/20 | 2779497 | Tank Rental Fee for Tank #19955 - W00072756~1000~PDOM~KF | $106.00 |
| 7/1/20 | 2860034 | Discount & Misc Adj. | ($12.09) |
| 11/16/20 | 3738704 | Delivery: 242.800000 gals. PROPANE LP at 7933 W SONARA RD | $458.89 |

Budget Usage:          $135.51

| | |
|---|---|
| Paid on Budget | ($310.00) |
| Budget Usage | $135.51 |
| Running Budget Balance | ($174.49) |

**Total Amount Due:**          **$0.00**

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**PAST DUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1.5% PER MONTH (18% APR)**

105454

# Ed Staub & Sons
Energy. Community. Service.

**S T A T E M E N T**

| Redacted | 02/15/21 |
|---|---|
| **Amount Due:** | **$0.00** |

**PHONE: (208) 461-4556**

VISIT WWW.EDSTAUB.COM TO PAY ONLINE

TIMOTHY E RYAN-PPP
7933 W SONARA RD
CALDWELL, ID 83607

Remit To:
**ED STAUB & SONS PETROLEUM
PO BOX 488
KLAMATH FALLS, OR 97601**

Please Return This Portion With Your Payment

| Description | Date | Due By | Amount | Remaining |
|---|---|---|---|---|
| Budget Payment | 7/1/20 | 7/10/20 | $30.00 | $0.00 |
| Budget Payment | 8/1/20 | 8/10/20 | $30.00 | $0.00 |
| Budget Payment | 9/1/20 | 9/10/20 | $30.00 | $0.00 |
| Budget Payment | 10/1/20 | 10/10/20 | $30.00 | $0.00 |
| Budget Payment | 11/1/20 | 11/10/20 | $30.00 | $0.00 |
| Budget Payment | 12/1/20 | 12/10/20 | $30.00 | $0.00 |
| Budget Payment | 1/1/21 | 1/10/21 | $30.00 | $0.00 |
| Budget Payment | 2/1/21 | 2/10/21 | $30.00 | $0.00 |
| Budget Payment | 3/1/21 | 3/10/21 | $30.00 | $0.00 |
| *Upcoming Budget Payment* | 4/1/21 | 4/10/21 | $30.00 | Not Due |
| Paid On Budget: | | ($370.00) | | Due On Budget: $0.00 |

| Date | Invoice # | Description | Total |
|---|---|---|---|
| 5/31/20 | 6522 | Rollover from Previous Budget | ($417.29) |
| 7/1/20 | 2779497 | Tank Rental Fee for Tank #19955 - W00072756~1000~PDOM~KF | $106.00 |
| 7/1/20 | 2860034 | Discount & Misc Adj. | ($12.09) |
| 11/16/20 | 3738704 | Delivery: 242.800000 gals. PROPANE LP at 7933 W SONARA RD | $458.89 |

Budget Usage: $135.51

| | |
|---|---|
| Paid on Budget | ($370.00) |
| Budget Usage | $135.51 |
| Running Budget Balance | ($234.49) |

**Total Amount Due:** **$0.00**

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**PAST DUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1.5% PER MONTH (18% APR)**

105454

# Ed Staub & Sons
### Energy. Community. Service.

**S T A T E M E N T**

| Redacted | 03/15/21 |
|---|---|
| **Amount Due:** | **$0.00** |

**PHONE: (208) 461-4556**

VISIT WWW.EDSTAUB.COM TO PAY ONLINE

TIMOTHY E RYAN-PPP
7933 W SONARA RD
CALDWELL, ID 83607

Remit To:

**ED STAUB & SONS PETROLEUM
PO BOX 488
KLAMATH FALLS, OR 97601**

Please Return This Portion With Your Payment

| Description | Date | Due By | Amount | Remaining |
|---|---|---|---|---|
| Budget Payment | 7/1/20 | 7/10/20 | $30.00 | $0.00 |
| Budget Payment | 8/1/20 | 8/10/20 | $30.00 | $0.00 |
| Budget Payment | 9/1/20 | 9/10/20 | $30.00 | $0.00 |
| Budget Payment | 10/1/20 | 10/10/20 | $30.00 | $0.00 |
| Budget Payment | 11/1/20 | 11/10/20 | $30.00 | $0.00 |
| Budget Payment | 12/1/20 | 12/10/20 | $30.00 | $0.00 |
| Budget Payment | 1/1/21 | 1/10/21 | $30.00 | $0.00 |
| Budget Payment | 2/1/21 | 2/10/21 | $30.00 | $0.00 |
| Budget Payment | 3/1/21 | 3/10/21 | $30.00 | $0.00 |
| Budget Payment | 4/1/21 | 4/10/21 | $30.00 | $0.00 |
| Upcoming Budget Payment | 5/1/21 | 5/10/21 | $30.00 | Not Due |
| Paid On Budget: | | | ($430.00) | |

Due On Budget:          $0.00

| Date | Invoice # | Description | Total |
|---|---|---|---|
| 5/31/20 | 6522 | Rollover from Previous Budget | ($417.29) |
| 7/1/20 | 2779497 | Tank Rental Fee for Tank #19955 - W00072756~1000~PDOM~KF | $106.00 |
| 7/1/20 | 2860034 | Discount & Misc Adj. | ($12.09) |
| 11/16/20 | 3738704 | Delivery: 242.800000 gals. PROPANE LP at 7933 W SONARA RD | $458.89 |
| Budget Usage: | | | $135.51 |

| | |
|---|---|
| Paid on Budget | ($430.00) |
| Budget Usage | $135.51 |

**Total Amount Due:**          **$0.00**

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**PAST DUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1.5% PER MONTH (18% APR)**

105454



PAGE 1 OF 2

| | | | | |
|---|---|---|---|---|
| Billing Date | 11/25/2020 | **12/10/2020** | **Amount Due** | |
| Print Date | 11/26/2020 | | **$308.24** | |

**TIMOTHY RYAN**

| | |
|---|---|
| Previous Balance | $294.27 |
| Payments Received - Thank You | - $147.14 |
| Balance Forward | $147.13 |
| Current Charges | $161.11 |
| **Account Balance** | **$308.24** |

Project Share uses donations for neighbors who need help paying their energy bills. 100 percent of your donation will go to Project Share recipients. To make a pledge, visit **idahopower.com/projectshare** or mark the appropriate box on the back of this pay stub.

Access your account 24/7 to pay your bill, track your use and learn to save. Visit **idahopower.com/myaccount** to get started.

This account currently has a payment arrangement. For more details, log into **idahopower.com/myaccount**.

Any unpaid balance may be assessed a monthly charge of 1 percent.

**Average Daily Energy Use for 7933 W SONARA RD / CALDWELL,ID**



Redacted



P.O. BOX 70, BOISE, ID 83707

noted on reverse side

Account Number

Redacted

| **12/10/2020** | **Amount Due** |
|---|---|
| | **$308.24** |

**Amount Enclosed $**

Write your account number on your check or money order made payable to *Idaho Power*. Mail payment to address below. Returned checks may be resubmitted electronically, and remaining unpaid items will be charged $20.

TIMOTHY RYAN
7933 SONARA RD
CALDWELL ID 83607-5315

PROCESSING CENTER
P.O. BOX 5381
CAROL STREAM IL 60197-5381

Redacted

Questions? Contact your Customer Care team:

M-F: 7:30 a.m.-6:30 p.m.
P.O. Box 70 · Boise, ID · 83707
*Hablamos español.*
For more information and/or self-help options,
visit

PAGE 2 OF 2

| Service Agreement Number | | Redacted | Service Period | 10/23/20 - 11/23/20 (32 day |
|---|---|---|---|---|
| Service Address | | 7933 W SONARA RD / CALDWELL,ID | Next Read Date | 12/23/202 |
| | | | Description | N |
| 20712029 | 50886 | 52551 | 1,665 | Regular |

## SERVICE DETAILS (Residential Standard Plan Schedule 01)

| | |
|---|---|
| Service Charge | $5.00 |
| Non-Summer Energy Charge 800 kWh @ $0.079288 per kWh | $63.43 |
| Non-Summer Energy Charge 865 kWh @ $0.087412 per kWh | $75.61 |
| Power Cost Adjustment | $8.10 |
| Fixed Cost Adjustment | $11.03 |
| Energy Efficiency Services | $3.96 |
| Federal Columbia River Benefits Supplied by BPA | - $6.02 |
| **Current Charges - Electric Service** | **$161.11** |

For an explanation of these charges, go to
kWh = Kilowatt-hour

Contact your Customer Care team at least two business days
before you want to end service.

Has your address, phone number or email changed? Provide changes below.

Help neighbors in need
with energy costs.

Name                                                        $

Street                          Apt./Suite

City                    State       Zip                      $

Telephone

Email



PAGE 1 OF 2

| | | | | |
|---|---|---|---|---|
| | Billing Date | 12/28/2020 | **01/12/2021** | **Amount Due** |
| | Print Date | 12/29/2020 | | **$327.83** |

**TIMOTHY RYAN**

| | | |
|---|---|---|
| Previous Balance | | $308.24 |
| Payments Received - Thank You | | - $150.13 |
| Balance Forward | | $158.11 |
| Total Adjustments | | $1.58 |
| Current Charges | | $168.14 |
| | **Account Balance** | **$327.83** |

This bill includes a past due balance. If you have already paid this amount, thank you. This bill does not extend the due date of the past due amount. Please pay promptly to ensure continued service. Thank you.

Project Share uses donations for neighbors who need help paying their energy bills. 100 percent of your donation will go to Project Share recipients. To make a pledge, visit **idahopower.com/projectshare** or mark the appropriate box on the back of this pay stub.

Any unpaid balance may be assessed a monthly charge of 1 percent.

### Average Daily Energy Use for 7933 W SONARA RD / CALDWELL,ID



---



P.O. BOX 70, BOISE, ID 83707

noted on reverse side

Account Number    <span style="color:red">Redacted</span>

**01/12/2021**

| | **Amount Due** |
|---|---|
| | **$327.83** |

**Amount Enclosed $**

Write your account number on your check or money order made payable to *Idaho Power*. Mail payment to address below. Returned checks may be resubmitted electronically, and remaining unpaid items will be charged $20.

TIMOTHY RYAN
7933 SONARA RD
CALDWELL ID 83607-5315

PROCESSING CENTER
P.O. BOX 5381
CAROL STREAM IL 60197-5381

<span style="color:red">Redacted</span>

**IDAHO POWER**

Questions Contact your Customer Care team:
M-F: 7:30 a.m.-6:30 p.m.
P.O. Box 70 · Boise, ID · 83707
*Hablamos español.*
For more information and/or self-help options,
visit

PAGE 2 OF 2

| | | |
|---|---|---|
| Service Agreement Number | Redacted 2341 | Service Period | 11/24/20 - 12/23/20 (30 days |
| Service Address | 7933 W SONARA RD / CALDWELL,ID | Next Read Date | 01/22/202 |
| | | Description | N. |

| Redacted | 52551 | 54288 | 1,737 | Regular |
|---|---|---|---|---|

## SERVICE DETAILS (Residential Standard Plan Schedule 01)

| | |
|---|---|
| Service Charge | $5.00 |
| Non-Summer Energy Charge 800 kWh @ $0.079288 per kWh | $63.43 |
| Non-Summer Energy Charge 937 kWh @ $0.087412 per kWh | $81.91 |
| Power Cost Adjustment | $8.45 |
| Fixed Cost Adjustment | $11.50 |
| Energy Efficiency Services | $4.13 |
| Federal Columbia River Benefits Supplied by BPA | - $6.28 |
| **Current Charges - Electric Service** | **$168.14** |

**Other Adjustments**

| | |
|---|---|
| Late Payment Charge | $1.58 |
| **Total Adjustments** | **$1.58** |

For an explanation of these charges, go to
kWh = Kilowatt-hour

Contact your Customer Care team at least two business days
before you want to end service.

Has your address, phone number or email changed? Provide changes below.

Name

Street                                  Apt./Suite

City                                    State       Zip

Telephone

Email

Help neighbors in need
with energy costs.

$

$



PAGE 1 OF 2

| | | |
|---|---|---|
| Billing Date | 01/26/2021 | |
| Print Date | 01/27/2021 | **02/10/2021** |

**Amount Due**
**$346.41**

**TIMOTHY RYAN**

| | |
|---|---|
| Previous Balance | $327.83 |
| Payments Received - Thank You | - $158.11 |
| Balance Forward | $169.72 |
| Current Charges | $176.69 |
| **Account Balance** | **$346.41** |

The Idaho Public Utilities Commission approved an average **decrease of .02 percent** in your **I01** electricity rates. You will see this change beginning **January 1, 2021.** For more information, please visit **idahopower.com/rates.**

This bill includes a past due balance. If you have already paid this amount, thank you. This bill does not extend the due date of the past due amount. Please pay promptly to ensure continued service. Thank you.

Any unpaid balance may be assessed a monthly charge of 1 percent.

**Average Daily Energy Use for 7933 W SONARA RD / CALDWELL, ID**



Project Share uses donations for neighbors who need help paying their energy bills. 100 percent of your donation will go to Project Share recipients. To make a pledge, visit **idahopower.com/projectshare** or mark the appropriate box on the back of this pay stub.

This account currently has a payment arrangement. For more details, log into **idahopower.com/myaccount.**



noted on reverse side

P.O. BOX 70, BOISE, ID 83707

**Account Number**    Redacted

**02/10/2021**

**Amount Due**
**$346.41**

**Amount Enclosed $**

Write your account number on your check or money order made payable to **Idaho Power.** Mail payment to address below. Returned checks may be resubmitted electronically, and remaining unpaid items will be charged $20.

TIMOTHY RYAN
7933 SONARA RD
CALDWELL ID 83607-5315

PROCESSING CENTER
P.O. BOX 5381
CAROL STREAM IL 60197-5381

Redacted



Questions? Contact your Customer Care team:

M-F: 7:30 a.m.-6:30 p.m.

P.O. Box 70 · Boise, ID   83707

*Hablamos español.*

For more information and/or self-help options, visit

**PAGE 2 OF 2**

| | | | | |
|---|---|---|---|---|
| Service Agreement Number | Redacted | | Service Period | 12/24/20 - 01/22/21 (30 days |
| Service Address | | 7933 W SONARA RD / CALDWELL,ID | Next Read Date | 02/23/202 |
| | | | Description | N. |

| | | | | |
|---|---|---|---|---|
| 20712029 | 54288 | 56113 | 1,825 | Regular |

## SERVICE DETAILS (Residential Standard Plan Schedule 01)

| | |
|---|---|
| Service Charge, 8 days | $1.33 |
| Service Charge, 22 days | $3.67 |
| Non-Summer Energy Charge 213 kWh @ $0.079288 per kWh, 8 days | $16.89 |
| Non-Summer Energy Charge 274 kWh @ $0.087412 per kWh, 8 days | $23.95 |
| Non-Summer Energy Charge 587 kWh @ $0.078984 per kWh, 22 day | $46.36 |
| Non-Summer Energy Charge 751 kWh @ $0.087077 per kWh, 22 day | $65.39 |
| Power Cost Adjustment | $8.87 |
| Fixed Cost Adjustment | $12.09 |
| Energy Efficiency Services | $4.74 |
| Federal Columbia River Benefits Supplied by BPA | - $6.60 |
| **Current Charges - Electric Service** | $176.69 |

For an explanation of these charges, go to

kWh = Kilowatt-hour

Seasonal temperatures can impact your energy use. Learn how at **idahopower.com/myaccount** under the "Hourly Usage" icon.

Contact your Customer Care team at least two business days before you want to end service.

Has your address, phone number or email changed? Provide changes below.

Name

Street                                    Apt./Suite

City                          State      Zip

Telephone

Email

Help neighbors in need with energy costs.

$

$



PAGE 1 OF 2

| | Billing Date | 02/25/2021 | | | **Amount Due** |
|---|---|---|---|---|---|
| | Print Date | 02/26/2021 | **03/12/2021** | | **$349.29** |

**TIMOTHY RYAN**

Seasonal temperatures can impact your energy use. Learn how at **idahopower.com/myaccount** under the "Hourly Usage" icon.

| Previous Balance | $346.41 |
|---|---|
| Payments Received - Thank You | - $169.72 |
| Balance Forward | $176.69 |
| Total Adjustments | $1.77 |
| Current Charges | $170.83 |
| **Account Balance** | **$349.29** |

Any unpaid balance may be assessed a monthly charge of 1 percent.

### Average Daily Energy Use for 7933 W SONARA RD / CALDWELL,ID





P.O. BOX 70, BOISE, ID 83707

noted on reverse side

Account Number      <span style="color:red">Redacted</span>

| **03/12/2021** | **Amount Due** |
|---|---|
| | **$349.29** |

**Amount Enclosed $**

Write your account number on your check or money order made payable to *Idaho Power*. Mail payment to address below. Returned checks may be resubmitted electronically, and remaining unpaid items will be charged $20.

TIMOTHY RYAN
7933 SONARA RD
CALDWELL ID 83607-5315

PROCESSING CENTER
P.O. BOX 5381
CAROL STREAM IL 60197-5381

<span style="color:red">Redacted</span>

**IDAHO POWER**

Questions? Contact your Customer Care team:

M-F: 7:30 a.m.-6:30 p.m.

P.O. Box 70    Boise, ID    83707
*Hablamos español.*
For more information and/or self-help options,
visit

PAGE 2 OF 2

| | | | | |
|---|---|---|---|---|
| Service Agreement Number | | Redacted | Service Period | 01/23/21 - 02/23/21 (32 day |
| Service Address | 7933 W SONARA RD / CALDWELL,ID | | Next Read Date | 03/24/202 |
| | | | Description | N |

| | | | | |
|---|---|---|---|---|
| 20712029 | 56113 | 57878 | 1,765 | Regular |

## SERVICE DETAILS (Residential Standard Plan Schedule 01)

| | |
|---|---|
| Service Charge | $5.00 |
| Non-Summer Energy Charge 800 kWh @ $0.078984 per kWh | $63.19 |
| Non-Summer Energy Charge 965 kWh @ $0.087077 per kWh | $84.03 |
| Power Cost Adjustment | $8.58 |
| Fixed Cost Adjustment | $11.69 |
| Energy Efficiency Services | $4.72 |
| Federal Columbia River Benefits Supplied by BPA | - $6.38 |
| **Current Charges - Electric Service** | $170.83 |

| | |
|---|---|
| **Other Adjustments** | |
| Late Payment Charge | $1.77 |
| **Total Adjustments** | $1.77 |

For an explanation of these charges, go to
kWh = Kilowatt-hour

Contact your Customer Care team at least two business days
before you want to end service.

help neighbors in need
with energy costs.

Has your address, phone number or email changed? Provide changes below.

Name

$

Street                    Apt./Suite

City                    State    Zip                    $

Telephone

Email