Holly Sutherland, ISB No. 9521
Avery Law
3090 E. Gentry Way, STE 150
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 297-5553

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | |
| --- | --- | --- |
| | ) | |
| | ) | Case No. 21-00086-JMM |
| Angelina Mitchell | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

MOTION TO CONVERT TO CHAPTER 13

COMES NOW Angelina Mitchell, by and through Holly Sutherland, attorney of record, and hereby moves to convert her case from Chapter 7 to Chapter 13, pursuant to 11 U.S.C. 706(a). There is a not a pending Motion to Dismiss or Motion to Lift the Automatic Stay pending at this time. //end of text//

DATED this 30th day of September, 2021

/s/ Holly Sutherland
Attorney for Debtor

MOTION TO CONVERT TO CHAPTER.13 -    1

CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on September 30, 2021, I electronically filed the Debtor's Motion to Convert to Chapter 13 using the CM/ECF system, which sent a Notice to the following persons:

Timothy Kurtz @ trk@kurtztrustee.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

Jed Manwaring @ jmanwaring@evanskeane.com

And, I hereby certify that I served a true and correct copy of the above-mentioned on September 30, 2021, upon the following person(s) by mailing by first class mail with the necessary postage affixed thereto:

Angelina Mitchell
7933 W. Sonara Road
Caldwell, ID 83607

/s/ Crystal Robertson

Timothy R. Kurtz
Chapter 7 Trustee
PO Box 956
Boise, ID 83702

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Portfolio Recovery
PO Box 12914
Norfolk, VA 23541

Bank of America
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634-2413

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Credit Control
5757 Phantom Dr
Ste 330
Hazelwood, MO 63042-2429

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

NCB Management Services
Po Box 1099
Langhorne, PA 19047-6099

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rtn Federal Credit Uni
702 Main St
Waltham, MA 02451-0614

State Tax Commission
PO Box 36
Boise, ID 83722-0036

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

TD Bank, USA
by American InfoSource as agent
PO Box 248866
Oklahoma City, OK 73124-8866

Target
c/o Financial   Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440-9475

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Alexandra O Caval
Caval Law Office, P.C.
POB 1716
Twin Falls, ID 83303-1716

Angelina Audrey Mitchell
2462 N Locust Grove Rd
Meridian, ID 83646-7805

(p)TIMOTHY R KURTZ
P O BOX 956
BOISE ID 83701-0956

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040