Holly Sutherland, ISB #9521
Avery Law
3090 E. Gentry Way, STE 150
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile:  (208) 524-2051

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 21-00086-JMM |
| Angelina Mitchell | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

**STIPULATION TO VACATE HEARING**

COMES NOW Angelina Mitchell, Debtor herein, by and through counsel of record, Holly Sutherland of Avery Law, and Trustee, Timothy Kurtz, by and through counsel of record, Jed Manwaring, and hereby stipulate to vacate the hearing with U.S. Bankruptcy Judge Joseph M. Meier scheduled on October 29, 2021 at 9 a.m.  Debtor and Trustee further stipulate that all previously noticed depositions and inspections are also hereby vacated.   //end of text//

Dated this 15th day of October, 2021.

/s/ __Holly Sutherland_
Attorney for Debtor

Dated this 15th day of October, 2021.

/s/_____
Jed Manwaring
Attorney for Trustee

CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on October 15, 2021, I electronically filed the Stipulation to Vacate Hearing on the CM/ECF system, which sent a Notice to the following persons:

Timothy Kurtz @ trk@kurtztrustee.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

Jed Manwaring @ jmanwaring@evanskeane.com

And, I hereby certify that I served a true and correct copy of the above-mentioned was served on October 15, 2021, upon the following person(s) by mailing with the necessary postage affixed thereto:

Angelina Mitchell
7933 W. Sonara Road
Caldwell, ID 83607

/s/ Crystal Robertson
Chapter 13 Paralegal