Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID  83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| ANGELINA AUDREY MITCHELL | CASE NO.  21-00086-JMM |

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Objection to Confirmation of Debtor(s) plan states as follows:

| 1. | Debtor(s) filed for Chapter 13 relief on: | 02/18/2021 |
|---|---|---|
| 2. | The §341(a) Meeting of Creditors held on 11/15/2021 was: | ☒ Concluded<br>☐ Taken off calendar<br>☐ Continued to: |
| 3. | Discharge: | ☐ Debtor(s) are eligible for a discharge.<br>☐ Debtor(s) are not eligible for a discharge in this case.<br>☒ Other: Debtor received a discharge in this case before it converted to a chapter 13 proceeding. Debtor will need to vacate the discharge so we can administer a chapter 13 case and then seek a discharge in the chapter 13 case. |
| 4. | Plan Payments: | ☒ Debtor(s) are current on their plan payments.<br>☐ Debtor(s) are delinquent in their plan payments in the amount of:<br>☐ Debtor(s) are currently making plan payments pursuant to a wage deduction order. |
| 5. | Trustee objects to confirmation of the Chapter 13 Plan filed 9/30/21 for the following reasons: | ☐ Chapter 13 Plan unfairly discriminates against a class of general unsecured claims [11 USC § 1322(b)(1)]. |

| | | |
|---|---|---|
| | | ☐ Debtor(s) plan fails to provide for the following secured debt(s): <br><br> ☒ The proposed Chapter 13 Plan is not feasible as the debtor(s) lacks sufficient regular income [11 USC § 109(e)]. Debtor proposes to refinance the real property within 36 months and pay all allowed claims in full. In the event that the house is not refinanced she proposes to increase payments to $1800 per month in month 37. Mrs. Mitchell does not appear to have the ability to increase her plan payments to $1800 per month. <br> ☒ The proposed Chapter 13 Plan is underfunded in the amount of: will depend on the amount of the administrative claims. <br><br> ☐ Notice is insufficient pursuant to Bankruptcy Rule 7004 for the following creditor(s): <br><br> ☐ Plan fails to provide for full payment of the following claims entitled to priority as required by 11 U.S.C. § 507(a)(1)(B): <br><br> ☒ The proposed Chapter 13 Plan fails to meet liquidation value [11 USC 1325 (a)(4)] due to: amount of equity in real property and debtors interest in a malpractice claim plus a potential avoidable transfer of real property to Debtor's son in 2019. <br><br> ☒ Other: Does not provide for the administrative claims all or a part of which may be allowed. |
| 6. | The following creditor(s) objections will need to be resolved prior to confirmation: | Objection to Confirmation filed by: |
| 7a. | <u>Income and Expenses</u> <br><br> The proposed Chapter 13 plan fails to provide that all of debtor(s)' projected disposable income to be received during the applicable commitment period will be applied to make payments to unsecured creditors under the plan, [11 USC §1325 (b)(1)(B)] | ☐ Unreasonable expenses: <br><br> ☐ Tax Refunds should be paid into plan in addition to plan payments. <br><br> ☐ Debtor(s) are contributing to voluntary retirement accounts. <br><br> ☐ Debtor(s) are paying secured claims directly, plan payments will need to increase once the following secured claims have been paid in full: |

|  |  |  |
|---|---|---|
|  |  | ☐ Debtor or co-debtor is unemployed/underemployed; Debtor(s) will need to file an amended Schedule I if there is a change. |
| 7b. | Form 122C: | ☒ <u>Below Median Debtor(s):</u><br>☐ Excess per I/J = $*<br>    Plan payments only    $*<br>☒ Other: No 22c was filed however the debtor is below median income and trustee will not request one. |
| 8. | Trustee is missing the following documentation, or the documentation provided is incomplete: | ☐ Proof of expenses required:<br><br>☐ Proof that the Debtor(s) filed the last 4 years of tax returns pursuant to 11 USC § 1307(e). Trustee is missing tax returns for:<br><br>☐ Paycheck stubs or proof of current income– Trustee is missing:<br><br>☐ Divorce decree(s) and/or child support order(s).<br><br>☐ Bank statements from the date of filing and the 90 days prior to filing. Trustee is missing the following statements:<br><br>☐ Proof of when any current retirement loans will be repaid.<br><br>☐ Installment contracts for all secured claims to be paid through paragraphs 3.1 or 3.3 of the plan.<br><br>☒ Other: documentation on the property Mrs. Mitchell transferred to her son and the date of transfer and any closing statement and recorded transfer deed. |
| 9. | If the Debtor(s) are self-employed: | ☐ Trustee will request that the Debtor(s) provide periodic business reports as a confirmation requirement over the term of the plan. |
| 10. | Income appears to be overstated or understated per the Trustee's calculations: | Income is different for<br>☐ Debtor:<br><br>☐ Co-debtor: |
| 11. | The following Schedules and/or Forms will need to be amended: | ☒ Schedules A/B: Mrs. Mitchell testified that the real property had a value between $600,000 and $700,000 but the value listed on Schedule A is only $410,000. Per |

|  |  |  |
|---|---|---|
|  |  | Zillow the estimate is currently $725,000 but Trustee has not had the property appraised.<br>☐ Schedule C:<br>☐ Schedule D:<br>☐ Schedules E/F:<br>☐ Schedule G:<br>☐ Schedule H:<br>☐ Schedules I/J:<br>☐ Statement of Financial Affairs: |
| 12. | Attorney's fees and Filing Fees: | ☐ Plan indicates a Model Retention Agreement case but no such agreement has been filed with the court.<br><br>☐ Counsel for the debtor(s) will need to file a detailed fee application with the court for attorney's fees requested.<br><br>☒ Form B2030 is inconsistent with the plan and/or schedules. None filed by the current attorney. |

WHEREFORE, the trustee objects to confirmation of the Chapter 13 Plan for the foregoing reasons.

DATED: November 18, 2021

/s/ *Kathleen McCallister*
Kathleen McCallister, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 18, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

JOHN O. AVERY
**Attorney at Law**
joa@averylaw.net


AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**ANGELINA AUDREY MITCHELL**
**7933 W SONARA ROAD**
**CALDWELL, ID 83607**


      /s/ *Kathleen McCallister*
Kathleen McCallister, Trustee