Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
    Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re: | Case No. 21-00086-JMM |
|---|---|
| ANGELINA AUDREY MITCHELL,  Debtor. | Chapter 13 |

**Notice of Trustee's Objection to Debtor(s) Claim of Exemption
and Opportunity to Object and for a Hearing**

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

### TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

COMES NOW Kathleen A. McCallister, Standing Chapter 13 Trustee for the District of Idaho, by and through her attorney, Jeffrey P. Kaufman, and, pursuant to FRBP 4003, hereby objects to the following exemption(s) claimed by Debtor(s) in this proceeding:

| Asset Description | Claimed Value Owned by Debtor | Specific Law Claimed | Value of Exemption |
|---|---|---|---|
| 7933 Sonara Rd, Caldwell, ID 83605, Gem County | $135,300.00 | Idaho Code § 55-1003 | $46,385.13 |
| | | TOTAL VALUE OF EXEMPTIONS CLAIMED | $46,385.13 |

### OBJECTION

Trustee objects to Debtor's claim of exemption in the above-referenced real property on the grounds that before filing her bankruptcy petition, Debtor vacated the above-referenced real property for a continuous period of at least six months. Debtor has not produced, nor has trustee located, a duly acknowledged and recorded declaration of nonabandonment of homestead preserving her homestead exemption. Consequently, pursuant to Idaho Code § 55-1006, Debtor's homestead is presumed abandoned and the above-referenced claim of exemption should be disallowed.

WHEREFORE, the Trustee respectfully requests that Debtor's above claim of exemption be disallowed.

DATED: November 24, 2021

                                OFFICE OF KATHLEEN A. McCALLISTER,
                                  CHAPTER 13 TRUSTEE

                            By: /s/ *Jeffrey P. Kaufman*
                                Jeffrey P. Kaufman,
                                Attorney for Kathleen A. McCallister

## CERTIFICATE OF SERVICE

  I, HEREBY CERTIFY that on November 24, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Office of the U.S. Trustee | Holly Sutherland, for the Debtors |
| --- | --- |
| ustp.region18.bs.ecf@usdoj.gov | holly@averylaw.net |

  AND I FURTHER CERTIFY that on November 24, 2021 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

  Via first class mail, postage prepaid addressed as follows:

Angelina Audrey Mitchell
7933 W. Sonara Road
Caldwell, ID  83607

*/s/ Jeffrey P. Kaufman*
Jeffrey P. Kaufman
