# UNITED STATES BANKRUPTCY COURT DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| Angelina Audrey Mitchell, | Case No. 21-00086-JMM |
| Debtor(s). | |

## ORDER CONFIRMING CHAPTER 13 PLAN

IT HAVING BEEN DETERMINED AFTER NOTICE AND HEARING THAT:

1. The chapter 13 plan, Docket No. 59, complies with the provisions of 11 U.S.C. § 1325.

2. Debtor(s) filed all state and federal tax returns required by law to be filed for all taxable periods ending the 4-year period prior to the filing of this bankruptcy.

3. Debtor(s) have paid all domestic support obligations, as defined in 11 U.S.C. § 101(14A), that first became due and payable after the filing of this bankruptcy which they were required to pay by a judicial or administrative order or by statute.

IT IS HEREBY ORDERED THAT:

The chapter 13 plan is confirmed, and related motions contained therein are granted, incorporating the following:

a. In accordance with the Stipulation to Preserve Trustee's Objection to Debtor's Claim of Exemption, Docket No. 82, Debtor shall pay unsecured creditors 100% of their allowed claims. In order to pay all allowed unsecured claims in full, beginning with the payment due in the month of November 2024, Debtor's monthly plan payment shall increase to at least $1,930 or whatever higher amount that is necessary to pay all unsecured claims in full depending on the disposition of the former Chapter 7 Trustee's Application for Payment of Administrative Fee and Costs of Chapter 7 Trustee.

b. Notwithstanding ¶1.4 of Debtor's Plan, and in accordance with the Order Granting Motion to Vacate Discharge, Docket No. 97, Debtor is eligible for discharge of debts.

c. Notwithstanding ¶4.4 of Debtor's Plan, and in accordance with the Order Approving Final Compensation to Chapter 7 Trustee's Attorneys, Docket No. 93, Evans Keane, LLP, shall have a claim in the amount of $3,514.90, which shall be entitled to 11 U.S.C. § 507(a)(2) priority status.

d.  Notwithstanding ¶4.4 of Debtor's Plan, and to the extent the Court grants the former Chapter 7 Trustee's Application for Payment of Administrative Fee and Costs of Chapter 7 Trustee, Docket No. 74, the former Chapter 7 Trustee, Timothy Kurtz, shall have a claim entitled to 11 U.S.C. § 507(a)(2) priority status in the amount as determined by the Court upon final disposition of the former trustee's application.

e.  Notwithstanding ¶7.1 of Debtor's plan, Debtor's interest in the real property located at 7933 W. Sonara Road, Caldwell, ID 83607 shall remain property of the estate and not revest in the Debtor upon confirmation. Debtor shall not be permitted to sell, transfer, or encumber said real property without prior approval of the Court or the Trustee.

DATED: February 16, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

/s/_____
Kathleen McCallister, Trustee

/s/_____
Holly E. Sutherland, Counsel for the Debtor(s)

/s/_____
Angelina Audrey Mitchell, Debtor