# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| In Re:<br><br>ANGELINA AUDREY MITCHELL,<br><br>Debtor. | Bankruptcy Case<br>No. 21-00086-JMM |
|---|---|

**AMENDED ORDER DENYING CHAPTER 7 TRUSTEE'S APPLICATION FOR PAYMENT OF ADMINISTRATIVE FEES AND COSTS**

For the reasons set forth in the Court's Memorandum of Decision filed herein, and for other good cause,

**IT IS HEREBY ORDERED THAT** the Application for Payment of Administrative Fees and Costs of Chapter 7 Trustee, Dkt. No. 74, shall be and is hereby **DENIED**.



DATED:  March 4, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

AMENDED ORDER – 1